# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2384
Lower Tribunal No. F02-26763
_____

**Lamont T. Green,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Lamont T. Green, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

We affirm both the trial court's September 29, 2021 unelaborated order summarily denying appellant Lamont T. Green's Florida Rule of Criminal Procedure 3.853 motion to obtain DNA testing[1] and its November 1, 2021 unelaborated order denying Green's rehearing motion. Our affirmance is without prejudice to Green filing a facially sufficient motion, but only if Green can do so in good faith. See Rosa v. State, 147 So. 3d 583, 584 (Fla. 4th DCA 2014).

Affirmed.

---

[1] The trial court's order incorrectly characterizes Green's motion as being made pursuant to rule 3.850.